IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALES REYMUNDO,<br><br>　　　　　　　　　Petitioner,<br>vs.<br>CAL TERHUNE,<br><br>　　　　　　　　　Respondent. | Case No. CV F-00-6494 JKS<br><br>**JUDGMENT<br>IN A § 2254 CASE** |

\_\_\_ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　_X_　**DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for post-conviction relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

August 18, 2005
Date

**JACK L. WAGNER**

　　　　　　　Clerk

/s/ T. Lundstrom
(By) Deputy Clerk

C:\WINDOWS\Temp\notes4BF954\F-00-6494.jmt.frm